■ THOMAS BAUMAN, Appellant, v ANTHONY J. OTTAVIANO, JR., Respondent. [2 NYS3d 808]—

In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Pastoressa, J.), dated January 8, 2014, which denied his motion for leave to renew his opposition to the defendant's motion for summary judgment dismissing the complaint on the ground that he did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident, which had been granted in a prior order of the same court dated July 11, 2013.

Ordered that the order dated January 8, 2014, is affirmed, with costs.

The Supreme Court providently exercised its discretion in denying the plaintiff's motion for leave to renew his opposition to the defendant's motion for summary judgment. The plaintiff failed to demonstrate that the new evidence submitted would have changed the prior determination (*see* CPLR 2221 [e]; *Loverde v Gill*, 108 AD3d 748 [2013]). Dillon, J.P., Chambers, Austin and LaSalle, JJ., concur.